```
                    FILED
              2007 AUG 30 PM 12:07
              CLERK US DISTRICT COURT
           SOUTHERN DISTRICT OF CALIFORNIA

                BY       CP          DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM WEBB INTERNATIONAL, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ARCTIC SUPPLY, INC., d/b/a ARCTIC BEAUTY SUPPLY,<br><br>　　　　　Defendant. | Case No.: 07-CV-1376 W (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO ALLOW DEFENDANT ARCTIC SUPPLY, INC. d/b/a ARCTIC BEAUTY SUPPLY AN EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR ORDER COMPELLING ARBITRATION** |

/ / /

---

- 1 -

ORDER GRANTING JOINT MOTION TO ALLOW EXTENSION OF TIME FOR DEFENDANT ARCTIC TO RESPOND TO PETITION (Local Rules 7.2 and 12.1)

1  With respect to the Joint Motion of Defendant ARCTIC SUPPLY, INC., dba
2  Arctic Beauty Supply ("Arctic") and Plaintiff GRAHAM WEBB INTERNATIONAL,
3  INC. ("Graham Webb") for an Order allowing Arctic an extension of time up to and
4  including September 10, 2007 to file a response to Graham Webb's Petition for Order
5  Compelling Arbitration (the "Petition"), based upon the Stipulation of the parties in
6  support of that Joint Motion and for good cause shown, the Court orders as follows:
7  DEFENDANT ARCTIC SUPPLY, INC. shall have until September 10, 2007 to
8  file and serve its response to the Petition.

10  **IT IS SO ORDERED.**

12  **DATED: August 29, 2007**

   Honorable Thomas J. Whelan

ORDER GRANTING JOINT MOTION TO ALLOW EXTENSION OF TIME FOR DEFENDANT ARCTIC TO RESPOND TO PETITION (Local Rules 7.2 and 12.1)